241419 McCutcheon v. Colgate-Palmolive Co. 251419 I think that concludes it.